# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HINES,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>WARREN MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. ED CV 16-1685 RGK (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 9, 2017

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE